Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

A. G. Murray, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Eldredge delivered the opinion of the court.

---

**H. M. Nutterfield, appellee, v. Alfred Dunn, appellant.**

Assumpsit to recover an overpayment on a sale of hogs. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Acton & Acton, for appellant. Lindley, Penwell & Lindley, for appellee; Walter C. Lindley, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

**W. J. Skinner, appellant, v. R. E. Parks, appellee.**

Suit to recover the advance payment made on a land contract. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Carey E. Barnes, for appellant. William E. Fain, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**C. L. Aygarn, plaintiff in error, v. C. A. Larson, defendant in error.**

Action on the case for personal injuries received when plaintiff was struck by defendant's automobile. Verdict directed for defendant. Error to the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

Schneider & Schneider, for plaintiff in error. Livingston & Whitmore, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**William Hughes Diller and Isaac R. Diller, plaintiffs in error, v. Standard Accident Insurance Company, defendant in error.**

Suit in equity to reform and enforce a policy of automobile liability insurance. Decree for defendant. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921. *Certiorari* denied by Supreme Court (making opinion final).

T. W. Quinlan, for plaintiffs in error. Conkling & Irwin and Anderson, Gilbert & Hayden, for defendant in error.